UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 15-10686-LTS

IN THE MATTER OF
GORDON E. PARRY, JR., as Owner of
2003 Chaparral Signature 280 cabin cruiser,
MS-2594-AJ, HIN-FGBA0331F203,
for Exoneration from or Limitation of Liability

**JOINT MOTION TO EXTEND THE SCHEDULING ORDER'S DEADLINES
BY SIXTY [60] DAYS**

Now come the Parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully move this Honorable Court to extend its Scheduling Order Deadlines by sixty [60] days. As grounds in support of this motion, the Parties submit the following information for the Court's consideration.

1. The Parties' depositions have been noticed, but postponed because of the unavailability of deponents and the trial and vacation schedules of counsel.

2. In addition, the deposition of Lieutenant John Girvalakis of the Massachusetts Environmental Police, who investigated the alleged incident, was recently postponed due to the unavailability of his counsel. It is anticipated that his deposition will be obtained in late June or mid July 2016.

3. Further, the Claimant, David P. Lundmark, is presently outside the Commonwealth of Massachusetts. It is anticipated that he will return to Massachusetts for his deposition in late June or early July 2016.

4. After obtaining the aforementioned depositions, counsel will confer on whether the matter should be submitted to Mediation in an effort to resolve it before incurring additional litigation costs and submitting dispositive motions.

5. This joint motion is the Parties' first request for an extension of the Court's Scheduling Order Deadlines.

**WHEREFORE**, the Parties pray that this Honorable Court extend its Scheduling Order deadlines as follows:

1. Final Factual Discovery Deadline. All discovery, other than expert discovery, must be completed by Friday, July 22, 2016.

2. Status Conference. A status conference will be held on Wednesday, August 3, 2016.

3. Expert Discovery.

    a. Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Monday, August 29, 2016.

    b. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Friday, September 30, 2016.

    c. All trial experts must be deposed by Tuesday, November 22, 2016.

RESPECTFULLY SUBMITTED this 18th day of May 2016.

> Petitioner,
> GORDON E. PARRY, JR.
> By his counsel,
> */s/ Patrick 0. McAleer*
> Patrick O. McAleer, BBO#642627
> FARRELL MCALEER & SMITH LLP
> 60 Washington Street
> Suite 303
> Salem, MA 01970
> Tel: (978) 744-8918
> Email: pmcaleer@fmsfirm.com

        Claimant/Third-Party Defendant,
        3A MARINE SERVICE, INC.
        By its attorneys,

        **CLINTON & MUZYKA, P.C.**

        */s/* Terence G. Kenneally"
        **Terence G. Kenneally**
        **BBO NO: 642124**
        88 Black Falcon Avenue
        Suite 200
        Boston, MA 02210
        Tel: (617) 723-9165
        Fax: (617) 720-3489
        Email: tkenneally@clinmuzyka.com

        Claimant,
        DAVID LUNDMARK
        By his attorneys,

        */s/* David F. Anderson
        David F Anderson, BBO # 560994
        LA TTl & ANDERSON LLP
        30-31 Union Wharf
        Boston, MA 02109
        W (617) 523-1000
        Email: danderson@lattianderson.com

## LOCAL RULE 37.1  CERTIFICATE

Boston, MA                                                May 18, 2016

    I, Terence G. Kenneally, hereby certify that counsel for the Parties conferred via email and telephone on May 13, 2016 concerning the status of factual discovery and the Court's factual discovery deadline of May 23, 2016.  After conferring, the Parties agreed to file this motion for this Honorable Court's consideration.

                                  "/s/ Terence G. Kenneally"
                                  Terence G. Kenneally

## **CERTIFICATE OF SERVICE**

   Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 18, 2016**.**

          "/s/ Terence G. Kenneally"
          Terence G. Kenneally