UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
                                                   )
In the Matter of                                   )
                                                   )
GORDON E. PARRY, JR., as Owner of                  )
2003 Chaparral Signature 280 cabin cruiser,        )   Civil Action
MS-2594-AJ                                         )   No. 15-cv-10686-LTS
For Exoneration from or                            )
Limitation of Liability                            )
_____)

**JOINT STATUS REPORT**

Now come the parties, by and through their undersigned counsel, and submit a Joint Status Report for this Honorable Court's consideration.

**BACKGROUND**

On March 23, 2017, the Court granted Petitioner's and Claimant/Third-Party Defendant's Joint Status Report including their request to extend the Scheduling Order's deadlines by sixty [60] Days. *See Docket Nos. 89 and 90*. The Court's Order extended the time to complete factual discovery to May 31, 2017.

The deposition of the Plaintiff/Petitioner, Gordon Parry occurred earlier this winter. The deposition of Defendant/Claimant, David Lundmark, occurred last Friday, May 26, 2017. At the time of Mr. Lundmark's deposition, the 30(b)(6) of Claimant/3rd Party Defendant, 3A Marine, was scheduled for the following Tuesday, May 30th. During the deposition of Lundmark, counsel for 3A Marine requested that the 30(b)(6) deposition be rescheduled to June 20th or 21st, three weeks after the close of discovery. Counsel for all parties confirmed their availability for a 30(b)(6) deposition of 3A Marine on June 21st at 10:00 am at the office of Latti & Anderson,

1

LLP in Boston.  Counsel for all parties further agreed to extend the time for the parties to disclose their expert witnesses by the same three week time period.  In light of this agreement, counsel for Lundmark agreed to reschedule the 30(b)(6) deposition of 3A Marine.

The parties request that this Honorable Court extend its Scheduling Order deadlines as follows:

1. Claimant/3rd Party Defendant, 3A Marine, shall be deposed pursuant to F.R.Civ.P. 30(b)(6) at 10:00 am on June 21, 2017 at the office of Latti & Anderson LLP in Boston.

2. Expert Discovery:

    a. Trial experts for the party with the burden of proof on a claim or defense must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Thursday, July 20, 2017.

    b. Rebuttal trial experts, and all other expert witnesses, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Thursday, August 17, 2017.

    c. All trial experts must be deposed by Friday, September 15, 2017

3. Dispositive motions to be filed on or before October 16, 2017.

RESPECTFULLY SUBMITTED this 31st  day of May 2017.

          Petitioner,
          GORDON E. PARRY, JR.
          By his counsel,

          /s/ Patrick O. McAleer
          Patrick O. McAleer, BBO#642627
          FARRELL MCALEER & SMITH LLP
          60 Washington Street
          Suite 303
          Salem, MA 01970
          Tel: (978) 744-8918
          Email: pmcaleer@fmsfirm.com

Claimant/Third-Party Defendant,
3A MARINE SERVICE, INC.
By its attorneys,

**CLINTON & MUZYKA, P.C.**

*/s/* Terence G. Kenneally"
Terence G. Kenneally
BBO NO: 642124
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
Tel: (617) 723-9165
Fax: (617) 720-3489
Email:  tkenneally@clinmuzyka.com

Claimant,
DAVID LUNDMARK
By his attorneys,

*/s/* David F. Anderson
David F Anderson, BBO # 560994
LATTl & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
W (617) 523-1000
Email:  danderson@lattianderson.com

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31,  2017**.**

*/s/*  David F. Anderson
**David F. Anderson**