UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 15-10686-LTS

IN THE MATTER OF
GORDON E. PARRY, JR., as Owner of
2003 Chaparral Signature 280 cabin cruiser,
MS-2594-AJ, HIN-FGBA0331F203,
for Exoneration from or Limitation of Liability

## STATUS REPORT FROM
## PETITIONER, GORDON E. PARRY, JR.

Now comes Petitioner, Gordon E. Parry, Jr. ("Parry"), by and through their undersigned counsel, and submits the following updated Status Report.

## BACKGROUND

After an extensive search, Petitioner Parry has just recently located an exemplar vessel. The subject vessel in this matter was mostly destroyed by fire. Parry is respectfully requesting time to board an exemplar vessel, document and test Claimant 3A Marine, Inc.'s ("3A") investigator Michael Higgins' ("Higgins") theory in accordance with the scientific method outlined in NFPA 921. Due to the damage sustained by the explosion and ensuing fire it is not possible to carry out these tests onboard Petitioner Parry's vessel.

It should be noted that the theory brought forth by Investigator Higgins was not discussed or articulated by any individuals prior to the generation of his report (dated July 20, 2017). It is therefore prudent of all involved to take necessary time to examine and test said theory. The locating of an accessible exemplar vessel now affords this opportunity.

Specifically, Parry like to schedule with third-party exemplar vessel owner an inspection time and date amenable to all parties, board the exemplar vessel and document the area where Parry indicates he stored the external dinghy fuel tank, where Investigator

Higgins indicates in his report the fuel tank was and how fuel and / or vapors may have migrated from the stored fuel tank to the engine room in either configuration. This purpose would be to test if investigator Higgin's proposed theory was possible on board this make and model vessel.

Parry estimates this additional testing would take approximately two weeks dependent upon scheduling, availability of the exemplar vessel and of all parties. Counsel for Claimant David Lundmark joins in this and anticipates participating in the same.  Parry respectfully requests additional time to complete the above.

RESPECTFULLY SUBMITTED this 17th day of August 2017.

Petitioner,
GORDON E. PARRY, JR.
By his counsel,

/s/ Patrick O. McAleer
Patrick O. McAleer, BBO#642627
FARRELL MCALEER & SMITH LLP
60 Washington Street
Suite 303
Salem, MA 01970
Tel: (978) 744-8918
Email: pmcaleer@fmsfirm.com

**CERTIFICATE OF SERVICE**

3

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2017**.**

                                                /s/ Patrick O. McAleer
                                                Patrick O. McAleer