**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


In Re: Parry                                                    CIVIL ACTION NO. 1:15-cv-10686-LTS


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To: Judge Sorokin


[ ]     The parties reported this case as settled prior to the mediation

**[X]     On 11/7/2017 I held the following ADR proceeding:**

_____         SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

\_\_\_X\_\_\_         MEDIATION                            _____ SUMMARY BENCH / JURY TRIAL

_____         MINI-TRIAL                             _____ SETTLEMENT CONFERENCE


All parties were represented by counsel.


The case was:

[ ]     The underlying case has been settled.

**[X]     There was progress, but this case should be restored to your trial list. Undersigned**
**remains available to mediate this case at the request of counsel.**

[ ]     Parties do not wish to mediate. This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:


11/7/2017                                                        Marianne B. Bowler, USMJ
DATE                                                             ADR Provider