UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| GORDON E. PARRY, JR., as Owner of ) | |
| 2003 Chaparral Signature 280 cabin cruiser, ) | CIVIL ACTION |
| MS-2594-AJ, HIN-FGBA0331F203, ) | NO.: 15-10686-LTS |
| For Exoneration from or Limitation of ) | |
| Liability. ) | |

## NOTICE OF APPEARANCE OF DAVID S. SMITH, ESQ.

Kindly enter the appearance of undersigned counsel on behalf of plaintiff Gordon E. Parry, Jr. in the above captioned matter.

Respectfully submitted

/s/ David S. Smith
_____
David S. Smith, Esq.
BBO No.: 634865
Farrell & Smith, LLP
60 Washington St., Suite 303
Salem, MA 01970
978-744-8918
dsmith@FarrellSmith.com

CERTIFICATE OF SERVICE

I, David S. Smith, hereby certify that I caused to have served a copy of the foregoing document upon all parties of record utilizing the ECF system this 27th day of November 2017.

/s/ David S. Smith
David S. Smith