UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF                             ) | |
| GORDON E. PARRY, JR., as Owner of      ) | |
| 2003 Chaparral Signature 280 cabin cruiser, ) | CIVIL ACTION |
| MS-2594-AJ, HIN-FGBA0331F203,          ) | NO.: 15-10686-LTS |
| For Exoneration from or Limitation of       ) | |
| Liability.                                              ) | |

**PLAINTIFF'S OPPOSITION TO CLAIMANT/THIRD-PARTY DEFENDANT 3A MARINE SERVICE, INC.'S MOTION TO EXTEND THE COURT'S DISPOSITIVE MOTION DEADLINES.**

Now comes the Plaintiff, Gordon E. Parry, Jr., by and through his counsel to oppose the motion to extend the Court's Dispositive Motion Deadlines as it would severely prejudice the Plaintiff.

The Court had a very clear discussion with the parties at the November 27, 2017 Status Conference that in consideration of the Court's time standards, cases needed to be tried or resolved soon. As a result, the parties stated that they could complete discovery by January 26, 2018. The parties did complete discovery on January 25, 2018.

The Court set February 9, 2018 as the deadline for dispositive motions to be filed. It appears that 3A Marine failed to take the necessary steps to expedite any deposition transcripts in order to comply with the known and agreed to dispositive motion deadline. Instead, 3A Marine seeks to extend the deadline thirty days to Sunday, March 11, 2018 which would presumably mean the motion would be filed on Monday, March 12, 2018. This request is being made merely to accommodate 3A Marine's counsel's trial schedule in a case which they admit has not even finished expert discovery.

Generally speaking, undersigned counsel is sympathetic to opposing counsel's trial schedule. However, at the Status Conference, undersigned counsel made it clear that he was

involved in a large arbitration taking place in Rhode Island which will last at least 10 business days during the month of March, specifically the 12th -14th, 19th – 22nd and 26th – 28th. If the Court were to grant Plaintiff's motion it would set a fourteen (14) day opposition date as was set before, resulting in a March 26, 2018 opposition deadline. Such an opposition due date would severely prejudice the Plaintiff's ability to respond.

If the Court is inclined to grant 3A Marine's motion, it would only be fair to the Plaintiff to set an opposition due date of April 11, 2018 or later.

WHEREFORE, Plaintiff, Gordon E. Parry, Jr. respectfully requests that this Honorable Court deny the Claimant/Third-Party Defendant's motion to extend time to file dispositive motions. Alternatively, should the Court grant the motion, Plaintiff requests that it set the opposition due date to April 11, 2018 or some date thereafter.

Respectfully submitted

/s/ David S. Smith

_____

David S. Smith, Esq.
BBO No.: 634865
Farrell & Smith, LLP
60 Washington St., Suite 303
Salem, MA 01970
978-744-8918
dsmith@FarrellSmith.com

## CERTIFICATE OF SERVICE

I, David S. Smith, hereby certify that I caused to have served a copy of the foregoing document upon all parties of record utilizing the ECF system this 1st day of February, 2018.

/s/ David S. Smith
David S. Smith