UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 15-10686-LTS

IN THE MATTER OF
GORDON E. PARRY, JR., as Owner of
2003 Chaparral Signature 280 cabin cruiser,
MS-2594-AJ, HIN-FGBA0331F203,
for Exoneration from or Limitation of Liability

### AFFIDAVIT OF ATTORNEY TERENCE G. KENNEALLY

1. I am attorney at the law firm Clinton & Muzyka, P.C., counsel to the Claimant/Third-Party Defendant, 3A Marine Service, Inc.

2. This Affidavit is submitted to place into the record portions of deposition transcripts and documents generated during the course of discovery in support of the Claimant/Third-Party Defendant, 3A Marine Service, Inc.'s, Response to Plaintiff's Additional Statement of Undisputed Material Facts.

3. Annexed hereto as *Exhibit 1* are pages and exhibits from the Deposition of Patrick Desmond dated June 21, 2017.

4. Annexed hereto as *Exhibit 2* is a copy of Exhibit 7 from the Deposition of Plaintiff, Gordon Parry, dated January 31, 2017.

5. Annexed hereto as *Exhibit 3* are pages from the Deposition of John Crowley dated June 21, 2017.

6. Annexed hereto as *Exhibit 4* are pages, errata sheet and Exhibit 14 [highlighting for emphasis and clarity] from the Deposition of Steven Sundquist dated January 23, 2018.

7. Annexed hereto as *Exhibit 5* are pages and exhibits from the Deposition of Sergeant Girvalakis dated January 20, 2017.

8. Annexed hereto as *Exhibit 6* are pages from the Deposition of Michael Higgins dated January 25, 2018.

9. All of the Exhibits were in the possession and/or knowledge of all Parties prior to the submission of the Claimant/Third-Party Defendant, 3A Marine Service, Inc.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2018.**

**"/s/Terence G. Kenneally**
**Terence G. Kenneally**